UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JEREMY MCCARTY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIGHT, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-02924<br><br>CLASS ACTION<br><br>Judge April M. Perry |

MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

City of Warren Police and Fire Retirement System and City of Warren Police and Fire Health Benefits Plan VEBA Trust ("Warren P&F Funds") move this Court for an Order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a), appointing the Warren P&F Funds as Lead Plaintiff and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.[1] In support of this Motion, the Warren P&F Funds submit a memorandum of law, a proposed order (submitted to the Court's proposed order inbox), and true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *Globe Newswire* on March 16, 2026;

Exhibit B: Warren P&F Funds' Sworn Certifications; and

Exhibit C: Estimate of Warren P&F Funds' losses, prepared by counsel.

DATED: May 15, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIELLE S. MYERS (ILND-GB-5711)
JENNIFER N. CARINGAL
MICHAEL ALBERT
KENNETH P. DOLITSKY

s/ Danielle S. Myers
DANIELLE S. MYERS

[1] Counsel for the Warren P&F Funds are aware of this Court's meet and confer and briefing schedule requirements; however, because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Warren P&F Funds cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on May 15, 2026. Accordingly, the Warren P&F Funds' counsel respectfully requests that compliance with the meet and confer and briefing schedule requirements be waived due to the fact that the Warren P&F Funds cannot confer with unknown movants. Once all lead plaintiff motions are filed, counsel will be prepared to propose a briefing schedule at the presentment hearing on May 21, 2026. To the extent the Court wishes to set a schedule now, the Warren P&F Funds respectfully submit that 14 days for oppositions (May 29, 2026) and 7 days for replies (June 5, 2026) would be appropriate.

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

VMT LAW
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
tmichaud@vmtlaw.com

Additional Counsel